FILED
ASHEVILLE, N.C.
JUL 24 2015
U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 1:15-mj-99 |
| v. | ) |
| MARK SCHMIDT | ) ORDER SEALING ARREST WARRANT |
| | ) AFFIDAVIT AND APPLICATION |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, directing that the Arrest Warrant Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 24th day of July, 2015

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE