UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | DOCKET NO. 1:15mj99 |
|---|---|---|
| v. | ) | **ORDER TO UNSEAL** |
| MARK SCHMIDT, | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint and Arrest Warrant in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Criminal Complaint and Arrest Warrant in the above-captioned case be unsealed.

This 27th day of July, 2015.

HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE

FILED
ASHEVILLE, N.C.
JUL 27 2015
U.S. DISTRICT COURT
W. DIST. OF N.C.