THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:15-cr-00081-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MARK SCHMIDT, )<br>)<br>Defendant. )<br>_____ )<br>)<br>IN RE: PETITION OF PAUL SCHMIDT. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Petition of Paul Schmidt [Doc. 28].

The Petitioner's Petition, as filed, is not signed under penalty of perjury as required by 21 U.S.C. § 853(n)(3). The Petition further fails to set forth "the time and circumstances of the petitioner's acquisition of the right, title or interest" in each property. See 21 U.S.C. § 853(n)(3). Accordingly, on January 19, 2016, the Court entered an Order directing the Petitioner Paul Schmidt to file an Amended Petition signed under penalty of perjury within thirty (30) days. [Doc. 30]. The Petitioner was specifically warned that

"failure to file an amended petition in the time required will result in the dismissal of his petition." [Doc. 30 at 3].

More than thirty (30) days have passed, and the Petitioner has not filed an Amended Petition. Accordingly, the Petition is hereby dismissed.

**IT IS, THEREFORE, ORDERED** that the Petition of Paul Schmidt is hereby **DISMISSED**.

The Clerk of Court is directed to provide copies of this Order to counsel for the Government and the *pro se* Petitioner Paul Schmidt.

**IT IS SO ORDERED**.

Signed: February 23, 2016

Martin Reidinger
United States District Judge